■ In the Matter of JULIANI B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; WALTER R., Appellant, et al., Respondent. [913 NYS2d 629]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered December 30, 2009 in a proceeding pursuant to Family Court Act article 10. The order determined the subject child to be a neglected child by the acts and omissions of both respondents.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.